# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 5221 | **DATE** | 4/4/2011 |
| **CASE TITLE** | Johnson vs. General Board of Pension and Health Benefits of The United Methodist Church | | |

## DOCKET ENTRY TEXT

Plaintiff's Motion for Rehearing to Vacate Order Regarding Certain Pretrial Issues [472] and Plaintiff's Motion for Rehearing to Motion for Leave to Modify or Amend Order Regarding Pretrial Issues and to Clarify [475] are stricken. The Court's previous orders and trial date stand.

*Charles Norgle*

■[ For further details see text below.]

Docketing to mail notices.

## STATEMENT

Before the Court is Plaintiff Merdelin Johnson's ("Plaintiff") Motion for Rehearing to Motion for Leave to Modify or Amend Order Regarding Pretrial Issues and to Clarify and Plaintiff's Motion for Rehearing to Vacate Order Regarding Certain Pretrial Issues. For the following reasons, the Motions are stricken.

Plaintiff has filed numerous motions for reconsideration with regard to the Court's July 21, 2010 and July 28, 2010 rulings. Plaintiff seeks to modify or amend or vacate the Order Regarding Certain Pretrial Issues entered on July 21, 2010 and the Minute Order entered July 28, 2010 with respect to: (1) Plaintiff's witness list; (2) trial testimony of Barbara Boigergrain; (3) recording of Plaintiff's personal telephone calls; and (4) the General Board's policy manual. As an initial matter, the Court notes that Judge Anderson has previously denied Plaintiff's motion for reconsideration regarding the court's decision concerning the testimony of Barbara Boigegrain and the court's decision concerning the call recording issue. Order Regarding Pretrial Issues, July 21, 2010. This Court has also denied Plaintiff's Motion for Leave to Modify or Amend Order Regarding Pretrial Issues and to Clarify Issues and Plaintiff's Motion to Vacate Order Regarding Certain Pretrial Issues with respect to the same issues. Minute Order, Mar. 11, 2011; Minute Order, Mar. 14, 2011.

Plaintiff's Motions do not allege any significant change in law or fact since the previous rulings were made and do not provide any additional information that was not previously considered by the Court when making its ruling on the issues. Further, Plaintiff has not indicated any reason why she did not raise these arguments, which were available to her, before the Court initially rendered a judgment. The Court again reminds Plaintiff that District court orders are not "mere first drafts, subject to revision and reconsideration at a litigant's pleasure." Quaker Alloy Casting Co. v. Gulfco Idus., Inc., 123 F.R.D. 282, 288 (N.D. Ill. 1988); see also Oshana v. Coca-Cola Co., No. 04-CV-3596, 2005 WL 670522, at *2 (N.D. Ill. Mar. 16, 2005). Plaintiff's Motions merely repeat arguments already considered and rejected by the Court. Accordingly, both

## STATEMENT

Motions are stricken.  The Court's previous orders and trial date stand.
       IT IS SO ORDERED.